1  James C. Fessenden (SBN 238663)
       E-Mail: jfessenden@fisherphillips.com
2  Kathryn M. Evans (SBN 323190)
       E-Mail: kmevans@fisherphillips.com
3  **FISHER & PHILLIPS LLP**
   4747 Executive Drive, Suite 1000
4  San Diego, California 92121
   Telephone: (858) 597-9600
5  Facsimile:  (858) 597-9601

6  Attorneys for Defendant
   PHI Health, LLC (erroneously sued as
7  PHI Air Medical, LLC *and* PHI Health, LLC)

8  *[Plaintiffs' Counsel Continued on Next Page]*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE MARSHALL, LANCE PHILLIPS, KRISTEN KNOWLES, CHRIS ANDERSON, KAYVAN MARSHALL, KANE EDWARDS, JORDAN MOSER, KYLE EVANS, JENNA DIAZ, TERRI MAURICIO, ERIK RUBALCAVA, JOANN LEE, TEISLEYE SMITH, JOSEPH LOEHNER, LAUREN YOUNG, KELLI ROSSETTO-SCHRADER, BRITNEY EWERS, TRACIE STIERS, MARISSA JOHANSON, HEATHER IMHOF, CAROLE COVEY, OLSA HAHN, STEPHANIE SWISHER, JOHN SICKMAN, LAUREN SCHINDLER AND MARK HARMON, individuals, on behalf of themselves and on behalf of themselves and on behalf of all persons similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>PHI AIR MEDICAL, LLC, a Limited Liability Company; PHI HEALTH, LLC, a Limited Liability Company; and Does 1 through 50, Inclusive,<br><br>        Defendants. | CASE NO.: 2:20-cv-02475-MCE-DMC<br><br>*[Previously assigned to Lassen County Superior Court, Case No. 62973]*<br><br>**JOINT STIPULATION AND ORDER TO MODIFY PRE-TRIAL SCHEDULING ORDER**<br><br>State Complaint Filed:   October 1, 2020<br>Removal Filed:   December 14, 2020<br>Trial Date:   Not Set |

1                              Case No.:  2:20-cv-02475-MCE-DMC
JOINT STIP AND ORDER TO MODIFY PRE-TRIAL SCHEDULING ORDER

1  Norman B. Blumenthal (SBN 068687)
     E-Mail: Norm@bamlawca.com
2  Kyle R. Nordrehaug (SBN 205975)
     E-Mail: Kyle@bamlawca.com
3  Nicholas J. De Blouw (SBN 280922)
     E-Mail: DeBlouw@bamlawca.com
4  Victoria B. Rivapalacio (SBN 275115)
     E-Mail: Victoria@bamlawca.com
5  Piya Mukherjee (SBN 274217)
     E-Mail: Piya@bamlawca.com
6  Charlotte E. James (SBN 308441)
     E-Mail: Charlotte@bamlawca.com
7  Aparajit Bhowmil (SBN 248066)
     E-Mail: aj@bamlawca.com
8  **BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**
   2255 Calle Clara
9  La Jolla, CA  92037
   Telephone:  (858) 551-1223
10 Facsimile:   (858) 551-1232

11 Attorneys for Plaintiffs
   Jacqueline Marshall, Lance Phillips, Kristen
12 Knowles, Chris Anderson, Kayvan Marshall,
   Kane Edwards, Jordan Moser, Kyle Evans,
13 Jenna Diaz, Terri Mauricio, Erik Rubalcava,
   Joann Lee, Teisleye Smith, Joseph Loehner,
14 Lauren Young, Kelli Rossetto-Schrader,
   Britney Ewers, Tracie Stiers, Marissa
15 Johanson, Heather Imhof, Carole Covey,
   Olsa Hahn, Stephanie Swisher, John
16 Sickman, Lauren Schindler and Mark
   Harmon

17
18
19
20
21
22
23
24
25
26
27
28

IT IS HEREBY STIPULATED AND AGREED, between the parties through their counsel of record as follows:

WHEREAS, on December 15, 2020 this Court entered an Initial Pre-Trial Scheduling Order outlining the deadlines for discovery, motion practice, and trial readiness. ECF No. 3.

WHEREAS, the parties recently agreed to pursue mediation with Mark Rudy, which is currently scheduled for July 27, 2021.

WHEREAS, the parties wish to conserve resources for settlement by postponing further formal discovery pending the results of mediation.

Federal Rule of Civil Procedure 16(b)(4) allows that a case management schedule "may be modified only for good cause and with the judge's consent." *See Johnson v. Mammoth Recreations, Inc.,* 975 F.2d 604, 608 (9th Cir. 1992). Similar requests to amend a scheduling order to allow for mediation have been approved in this District. *See, e.g.*, Brisbin v. Calmat Co., No. 1:11-CV-00568-AWI, 2013 WL 3322698, at *1 (E.D. Cal. July 1, 2013).

Good cause having been shown, the parties respectfully request that the Court modify its Pre-Trial Scheduling Order, ECF No. 3, subject to the Court's availability, to continue the following deadlines by 180 days to allow the parties to complete discovery and motion practice in a timely manner, pending the results of mediation:

| Event | Original Deadline | Requested Deadline |
|---|---|---|
| Deadline to complete Rule 26(f) conference | February 12, 2021 | August 11, 2021 |
| Deadline to complete all discovery, except for expert discovery | December 21, 2021 | June 19, 2022 |
| First expert disclosure deadline | February 18, 2022 | August 17, 2022 |
| Second expert disclosure deadline | March 21, 2022 | September 17, 2022 |

| Deadline to file joint notice of trial readiness (if dispositive motions are not heard) | April 20, 2022 | October 17, 2022 |
|---|---|---|
| Deadline to file all dispositive motions | June 16, 2022 | December 13, 2022 |

IT IS SO STIPULATED.

Dated:  February 11, 2021              Respectfully submitted,

                                            **FISHER & PHILLIPS LLP**

                                     By:  *lsl Kathryn M. Evans*
                                            James C. Fessenden
                                            Kathryn M. Evans
                                            Attorneys for Defendant
                                            PHI Health, LLC (erroneously sued as PHI Air Medical, LLC *and* PHI Health, LLC)

Dated:  February 11, 2021              **BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**

                                     By:  *lsl Piya Mukherjee*
                                            Norman B. Blumenthal
                                            Kyle R. Nordrehaug
                                            Nicholas J. De Blouw
                                            Victoria B. Rivapalacio
                                            Piya Mukherjee
                                            Charlotte E. James
                                            Aparajit Bhowmil
                                            Attorneys for Plaintiffs
                                            Jacqueline Marshall, Lance Phillips, Kristen Knowles, Chris Anderson, Kayvan Marshall, Kane Edwards, Jordan Moser, Kyle Evans, Jenna Diaz, Terri Mauricio, Erik Rubalcava, Joann Lee, Teisleye Smith, Joseph Loehner, Lauren Young, Kelli Rossetto-Schrader, Britney Ewers, Tracie Stiers, Marissa Johanson, Heather Imhof, Carole Covey, Olsa Hahn, Stephanie Swisher, John Sickman, Lauren Schindler and Mark Harmon

**ATTESTATION REGARDING ELECTRONIC SIGNATURES**

I, Kathryn M. Evans, attest that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury, under the laws of the United States of America and the State of California, that the foregoing is true and correct.

Kathryn M. Evans

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE MARSHALL, LANCE PHILLIPS, KRISTEN KNOWLES, CHRIS ANDERSON, KAYVAN MARSHALL, KANE EDWARDS, JORDAN MOSER, KYLE EVANS, JENNA DIAZ, TERRI MAURICIO, ERIK RUBALCAVA, JOANN LEE, TEISLEYE SMITH, JOSEPH LOEHNER, LAUREN YOUNG, KELLI ROSSETTO-SCHRADER, BRITNEY EWERS, TRACIE STIERS, MARISSA JOHANSON, HEATHER IMHOF, CAROLE COVEY, OLSA HAHN, STEPHANIE SWISHER, JOHN SICKMAN, LAUREN SCHINDLER AND MARK HARMON, individuals, on behalf of themselves and on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHI AIR MEDICAL, LLC, a Limited Liability Company; PHI HEALTH, LLC, a Limited Liability Company; and Does 1 through 50, Inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-02475-MCE-DMC<br><br>*[Previously assigned to Lassen County Superior Court, Case No. 62973]*<br><br>**ORDER TO MODIFY PRE-TRIAL SCHEDULING ORDER**<br><br>State Complaint Filed:  October 1, 2020<br>Removal Filed:  December 14, 2020<br>Trial Date:  Not Set |

**ORDER**

Having reviewed the Plaintiffs' and Defendant's Stipulated Request, the Court grants the request and ORDERS that the Pre-Trial Scheduling Order, ECF No. 3, is modified as follows:

| Event | Original Deadline | Requested Deadline |
|---|---|---|
| Deadline to complete Rule 26(f) conference | February 12, 2021 | August 11, 2021 |
| Deadline to complete all discovery, except for expert discovery | December 21, 2021 | June 19, 2022 |
| First expert disclosure deadline | February 18, 2022 | August 17, 2022 |
| Second expert disclosure deadline | March 21, 2022 | September 17, 2022 |
| Deadline to file joint notice of trial readiness (if dispositive motions are not heard) | April 20, 2022 | October 17, 2022 |
| Deadline to file all dispositive motions | June 16, 2022 | December 13, 2022 |

The parties are ordered to file a Joint Notice of Trial Readiness not later than thirty (30) days after receiving this Court's ruling on the last filed dispositive motion. The parties are to set forth in their Notice of Trial Readiness, the appropriateness of special procedures, whether this case is related to any other case(s) on file in the Eastern District of California, the prospect for settlement, their estimated trial length, any request for a jury, and their availability for trial. After review of the parties' Joint Notice of Trial Readiness, the Court will issue an order that sets forth new dates for a final pretrial conference and trial.

IT IS SO ORDERED.

DATE: February 18, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1
CERTIFICATE OF SERVICE