1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE MARSHALL, LANCE PHILLIPS, KRISTEN KNOWLES, CHRIS ANDERSON, KAYVAN MARSHALL, KANE EDWARDS, JORDAN MOSER, KYLE EVANS, JENNA DIAZ, TERRI MAURICIO, ERIK RUBALCAVA, JOANN LEE, TEISLEYE SMITH, JOSEPH LOEHNER, LAUREN YOUNG, KELLI ROSSETTO-SCHRADER, BRITNEY EWERS, TRACIE STIERS, MARISSA JOHANSON, HEATHER IMHOF, CAROLE COVEY, OLSA HAHN, STEPHANIE SWISHER, JOHN SICKMAN, LAUREN SCHINDLER, AND MARK HARMON, individuals, on behalf of themselves and on behalf of themsleves and on behlaf of all persons similarly situated, <br><br>         Plaintiff, <br>   v. <br><br> PHI AIR MEDICAL, LLC, a Limited Liability Company; PHI HEALTH,LLC., a Limited Liabilty Company; and DOES 1 through 50, Inclusive, <br><br>         Defendants. | Case No. 2:20-cv-02475-MCE-DMC <br><br>**ORDER GRANTING DISMISSAL OF CERTAIN PLAINTIFFS WITHOUT PREJUDICE** <br><br> Complaint Filed: October 1, 2020 <br> Removal Filed: December 14, 2020 <br> Trial Date: Not Set |

1 | The Court has reviewed the Parties' Stipulation to Dismiss Certain Plaintiffs
2 | Without Prejudice.  Good cause appearing therefore, IT IS HEREBY ORDERED
3 | that the Stipulation is GRANTED and Plaintiffs ERIK RUBALCAVA, JOSEPH
4 | LOEHNER, KELLI ROSSETTO-SCHRADER, BRITNEY EWERS, TRACIE
5 | STIERS, MARISSA JOHANSON, CAROLE COVEY, OLSA HAHN, and
6 | LAUREN SCHINDLER's claims are DISMISSED without prejudice.  Each side
7 | shall bear their own respective fees and costs with resepct to dismissal of the
8 | aforementioned Plaintiffs.  The case shall proceed as to the remaining parties.
9 | IT IS SO ORDERED.

Dated:  December 3, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE