**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACQUELINE MARSHALL, LANCE PHILLIPS, KRISTEN KNOWLES, CHRIS ANDERSON, KAYVAN MARSHALL, KANE EDWARDS, JORDAN MOSER, KYLE EVANS, JENNA DIAZ, TERRI MAURICIO, ERIK RUBALCAVA, JOANN LEE, TEISLEYE SMITH, JOSEPH LOEHNER, LAUREN YOUNG, KELLI ROSSETTO-SCHRADER, BRITNEY EWERS, TRACIE STIERS, MARISSA JOHANSON, HEATHER IMHOF, CAROLE COVEY, OLSA HAHN, STEPHANIE SWISHER, JOHN SICKMAN, LAUREN SCHINDLER, AND MARK HARMON, individuals, on behalf of themselves and on behalf of themsleves and on behlaf of all persons similarly situated, <br><br> Plaintiff, <br> v. <br><br> PHI AIR MEDICAL, LLC, a Limited Liability Company; PHI HEALTH,LLC., a Limited Liabilty Company; and DOES 1 through 50, Inclusive, <br><br> Defendants. | Case No. 2:20-cv-02475-MCE-DMC <br><br> **ORDER GRANTING STAY OF MATTER** <br><br> Complaint Filed: October 1, 2020 <br> Removal Filed: December 14, 2020 <br> Trial Date: Not Set |

1  The Court has reviewed the Parties' Stipulation to Stay Matter.  Good cause
2  appearing therefore, IT IS HEREBY ORDERED that the matter is STAYED
3  pending final approval of the *Jacqueline Marshall v. Phi Air Medical, LLC, a*
4  *Limited Liability Company; Phi Health, LLC, a Limited Liability Company; and*
5  *DOES 1 through 50, inclusive* matter, currently pending in Lassen County Superior
6  Court (Case No. 63485).  Following final approval of settlement, the Parties shall
7  file a stipulation of dismissal of this Action.  In the meantime, no later than sixty
8  (60) days following this order, and every sixty (60) days thereafter until the stay is
9  lifted or the Parties file a stipulation of dismissal, the Parties shall file a Joint Status
10  Report.

   IT IS SO ORDERED.

13  Dated:  December 3, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE