**BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**
Norman B. Blumenthal (State Bar #068687)
Kyle R. Nordrehaug (State Bar #205975)
Aparajit Bhowmik (State Bar #248066)
Christine T. LeVu (State Bar #288271)
Andrew Ronan (State Bar #312316)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232
Website: www.bamlawca.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE MARSHALL, LANCE PHILLIPS, KRISTEN KNOWLES, CHRIS ANDERSON, KAYVAN MARSHALL, KANE EDWARDS, JORDAN MOSER, KYLE EVANS, JENNA DIAZ, TERRI MAURICIO, ERIK RUBALCAVA, JOANN LEE, TEISLEYE SMITH, JOSEPH LOEHNER, LAUREN YOUNG, KELLI ROSSETTO-SCHRADER, BRITNEY EWERS, TRACIE STIERS, MARISSA JOHANSON, HEATHER IMHOF, CAROLE COVEY, OLSA HAHN, STEPHANIE SWISHER, JOHN SICKMAN, LAUREN SCHINDLER, AND MARK HARMON, individuals, on behalf of themselves and on behalf of themsleves and on behlaf of all persons similarly situated,<br><br>Plaintiff,<br>v.<br><br>PHI AIR MEDICAL, LLC, a Limited Liability Company; PHI HEALTH,LLC., a Limited Liabilty Company; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. 2:20-cv-02475-MCE-DMC<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE CASE WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Complaint Filed: October 1, 2020<br>Removal Filed: December 14, 2020<br>Trial Date: Not Set |

1   The Court, having reviewed the "Stipulation and [Proposed] Order for Dismissal of Entire Case Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)", filed by Plaintiffs JACQUELINE MARSHALL, LANCE PHILLIPS, KRISTEN KNOWLES, CHRIS ANDERSON, KAYVAN MARSHALL, KANE EDWARDS, JORDAN MOSER, KYLE EVANS, JENNA DIAZ, TERRI MAURICIO, JOANN LEE, TEISLEYE SMITH, LAUREN YOUNG, HEATHER IMHOF, STEPHANIE SWISHER, JOHN SICKMAN, AND MARK HARMON ("Plaintiffs") and Defendant PHI HEALTH, LLC, erroneously sued as PHI Air Medical, LLC and PHI Health, LLC ("Defendant"), good cause appearing, hereby ORDERS as follows:

- Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this entire case is DISMISSED without prejudice;
- Each side shall bear their own respective fees and costs; and
- The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: August 9, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE